UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | MAGISTRATE NO. |
| v. | : | |
| | : | VIOLATIONS: |
| ROBERT DUNLAP, | : | |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | Five Hundred Grams or More of a Mixture |
| Defendant(s). | : | and Substance Containing a Detectable |
| | : | Amount of Methamphetamine) |
| | : | |
| | : | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| | : | (Unlawful Possession with Intent to Distribute |
| | : | a Mixture and Substance Containing a |
| | : | Detectable Amount of Cocaine) |
| | : | |
| | : | FORFEITURE: |
| | : | 21 U.S.C. § 853(a), (p) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 11, 2026, within the District of Columbia, **ROBERT DUNLAP** unlawfully, knowingly, and intentionally possessed with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute Five Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Methamphetamine**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A)(viii))

## COUNT TWO

On or about February 11, 2026, within the District of Columbia, **ROBERT DUNLAP** unlawfully, knowingly, and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

**(Unlawful Possession with Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Cocaine**, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in this Indictment, the Defendant, **ROBERT DUNLAP**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense; and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of this offense. The United States will also seek a forfeiture money judgment against the Defendant equal to the value of any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of this offense.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property that cannot be subdivided without difficulty;

the Defendant shall forfeit to the United States any other property of the Defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(**Criminal Forfeiture**, pursuant to Title 21, United States Code, Section 853(a), (p))

A TRUE BILL:

FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

By: _____
KIMBERLEY C. NIELSEN
Acting Chief, VCNT